**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JESSICA D. WILLIAMSON,

    Plaintiff,

vs.                                                     CASE NO. 5:07cv240/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). Plaintiff has filed no objections, and Defendant has certified that Plaintiff has no objection to Defendant's Motion to Remand (Doc. 18).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Remand (Doc. 18) is granted, and the Commissioner's decision which denies benefits is reversed.

3. This case is remanded to the Commission of Social Security pursuant to sentence four of 42 U.S.C. §405(g).

4. The clerk is directed to close the file.

**ORDERED** on July 9, 2008.

         /S/ Richard Smoak
         **RICHARD SMOAK**
         **UNITED STATES DISTRICT JUDGE**