**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JESSICA D. WILLIAMSON,

    Plaintiff,

vs.                                           CASE NO. 5:07cv240/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's counsel, David E. Evans, is entitled to recover attorney's fees in the amount of $3,170.00 for work performed in representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412 (EAJA); the amount of attorney's fees requested under the EAJA is reasonable; and the Commissioner is directed to pay David E. Evans that amount.

**ORDERED** on September 2, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**